UNITED STATES of America,
Appellee,

v.

John DIOGUARDI, Defendant-
Appellant.

Docket 24318.

United States Court of Appeals
Second Circuit.

Argued Sept. 25, 1956.

Decided Sept. 27, 1956.

Noah L. Braunstein, New York City,
for defendant-appellant.

Thomas B. Gilchrist, Jr., Chief Asst.
U. S. Atty., S. D. N. Y., New York
City (Paul W. Williams, U. S. Atty.,

and Arthur H. Christy, Asst. U. S. Atty.,
New York City, on the brief), for appel-
lee.

Before CLARK, Chief Judge, and
FRANK and HINCKS, Circuit Judges.

PER CURIAM.

On the basis of the showing before us
and having in mind the circumstances
stated in F.R.Cr.P. 46(c), 18 U.S.C., as
determining the amount of bail which
"will insure the presence of the defend-
ant," we do not feel justified at this time
in interfering with the discretion exer-
cised by the district judges in refusing
to reduce the bail for defendant pending
trial heretofore fixed, particularly in
view of the prospect of speedy trial, now
set for October 15, 1956. The orders
refusing to reduce the bail are therefore
affirmed.